IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WOODROW BRATCHER, JR., individually and on behalf of all others similarly situated | § § § § | |
| Plaintiff, | § § § | Civil Action No. 5:18-cv-00631 |
| v. | § § | |
| DIRECTIONAL PROJECT SUPPORT, INC., and WILLIAM GARDNER, Individually | § § § | JURY DEMANDED |
| Defendants. | § § § § | |

**PLAINTIFF'S NOTICE OF ADDITIONAL CONSENTS**

Plaintiff hereby files the following Notice of Filing Additional Consents in connection with the above-entitled and numbered action, and in support attach the following Consents as Exhibit(s):

1. Aguilar, Antonio Consent

2. Curtis, Ray Gene Consent

3. Fuentes, Raul Consent

4. Herrera, Jose A Consent

5. Malone, Rodney Consent

6. Nelson, Forrest Consent

7. Spears, Gerald Consent

Notice                                                                                           Page - 1

Respectfully submitted,

**FORESTER HAYNIE PLLC**
*/s/ J. Forester*
**J. Forester**
Texas Bar No. 24087532
1701 N. Market Street, Suite 210
Dallas, Texas 75202
(214) 210-2100 phone
(214) 346-5909 fax
www.foresterhaynie.com

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

Notice of the foregoing will be made on Defendant via the Court's e-filing system.

*/s/ J. Forester*