IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WOODROW BRATCHER, JR., individually and on behalf of all others similarly situated <br><br> Plaintiff, <br><br> v. <br><br> DIRECTIONAL PROJECT SUPPORT, INC., and WILLIAM GARDNER, Individually <br><br> Defendants. | Civil Action No. 5:18-cv-00631 <br><br><br> JURY DEMANDED |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Vijay Pattisapu appears before this Court as additional counsel on behalf of Plaintiffs Woodrow Bratcher, Jr., Antonio Aguilar, Ray Gene Curtis, Raul Fuentes, Jose A. Herrera, Rodney Malone, Forrest Nelson and Gerald Spears in the above-referenced matter.

Respectfully Submitted

THE BUENKER LAW FIRM

*/s/ Vijay Pattisapu*
By: Vijay Pattisapu
TBA No. 24083633
Josef F. Buenker
TBA No. 03316860
2060 North Loop West, Suite 215
Houston, Texas 77018
713-868-3388 Telephone
713-683-9940 Facsimile

jbuenker@buenkerlaw.com
vijay@buenkerlaw.com

**COUNSEL FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2019, I caused a copy of the foregoing document to be filed with the Court using ECF, of which opposing counsel of records is a member.

*/s/ Vijay Pattisapu*
Vijay Pattisapu