IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WOODROW BRATCHER, JR., individually and on behalf of all others similarly situated | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 5:18-cv-00631 |
| DIRECTIONAL PROJECT SUPPORT, INC. and WILLIAM GARDNER | § § § § § | |
| Defendants. | § | JURY DEMANDED |

## JOINT MOTION TO EXTEND DISPOSITIVE MOTIONS AND DISCOVERY DEADLINES

To the Honorable Magistrate Judge Richard B. Farrer:

1. Plaintiff Woodrow Bratcher, Jr. and Defendants Directional Project Support, Inc. and William Gardner ask the Court to extend the present dispositive motions deadline of November 30, 2020 until January 15, 2021 and the present discovery deadline of December 17, 2020 until January 15, 2021.

2. The parties are in the process of taking virtual depositions that they need in order to prepare and file dispositive motions, and the additional time will allow them to complete depositions and file meaningful motions.

3. The parties are in settlement negotiations and are attempting to come to an agreement.

This motion is not brought merely for purposes of delay, but so that the parties can finish necessary discovery, potentially reach a settlement, and, in the alternative, prepare meaningful dispositive motions.

1

        Respectfully Submitted,

        THE BUENKER LAW FIRM

        By: */s/ Josepf F. Buenker*
            Josef F. Buenker
            TBA No. 03316860
            2060 North Loop West, Suite 215
            Houston, Texas 77017
            713-868-3388 Telephone
            713-683-9940 Facsimile
            jbuenker@buenkerlaw.com
            **COUNSEL FOR PLAINTIFFS**

        HANSZEN LAPORTE, LLP

        By: */s/ Anthony L. Laporte*
            Anthony L. Laporte
            State Bar No. 00787876
            alaporte@hanszenlaporte.com
            14201 Memorial Drive
            Houston, Texas 77079
            Telephone: (713) 522-9444
            Facsimile: (713) 524-2580

            ***ATTORNEY FOR DEFENDANTS***

## **CERTIFICATE OF SERVICE**

Pursuant to the Federal Rules of Procedure, I hereby certify a true and correct copy of the foregoing has been served on all parties and counsel of record, including the following on November 30, 2020:

Jay Forester
Forester Law PC
1701 N. Market Street, Suite 210
Dallas, Texas 75202

Josef F. Buenker
Vijay A. Pattisapu
2030 North Loop West, Suite 120
Houston, Texas 77018
713-868-3388
713-683-9940
jbuenker@buenkerlaw.com
vijay@buenkerlaw.com

Counsel for Plaintiff


       */s/ Anthony L. Laporte /s/*
       Anthony L. Laporte